IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR339

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | | ) | |
| | | ) | **ORDER** |
| vs. | | ) | |
| | | ) | |
| MONTARE GOODMAN | (1) | ) | |
| DION COXTON | (3) | ) | |
| DAMION MILLER | (4) | ) | |

THIS MATTER is before the court on its own motion to continue the trial of this matter from the June 2006 term.

The court finds the ends of justice served by taking such action outweighs the interest of the public and Defendant to a speedy trial as set forth in 18 U.S.C. 3161(h)(8)(1).

Because motions are pending in this case, **IT IS ORDERED** that this trial be scheduled for the **July 11, 2006 term at 10:00 a.m. as to all above-named defendants** in the Charlotte Division. It is noted that defendant Royre Ervin (2) has been severed from the above-named and therefore this order does not address the scheduling of defendant Ervin's trial.

The Clerk is directed to certify copies of this order to Defendants, counsel for Defendants, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

IT IS SO ORDERED.

Signed: May 16, 2006

Graham C. Mullen
United States District Judge