# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:05-cr-00339-FDW-3

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | |
| (3) DION COXTON, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER comes now before the Court upon the Victims'[1] "Motion for Disclosure of Portions of Presentence Report Prior to Sentencing" (Doc. No. 224). After careful review of the Motion, the Court finds that the United States and Defendant should file a response detailing either their consent or objection to the Motion and, if they object, stating their specific legal basis for doing so. Both responses shall be filed within seven (7) calendar days, on or before **February 19, 2009**.

IT IS SO ORDERED.  Signed: February 11, 2009

Frank D. Whitney
United States District Judge

---

[1] As defined by the Crime Victims Rights Act, 18 U.S.C. § 3771(e); represented by Jason B. Buffkin of the Crime Victim Legal Network.